# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**A.A. METALS, INC.,**

    **Plaintiff,**

**v.**                                               **Case No: 6:13-cv-330-Orl-31DAB**

**SOLUTIONS IN STAINLESS, INC.,**

    **Defendant.**

## ORDER

This cause comes before the Court on the Motion for Default Final Judgment against Defendant Solutions in Stainless, Inc. (Doc. No. 16), filed April 19, 2013.

On May 6, 2013, the United States Magistrate Judge issued a report (Doc. No. 17) recommending that the motion be granted. No objections have been filed. Therefore, it is **ORDERED** as follows:

    1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2. The Motion for Default Judgment is **GRANTED.** The Clerk is directed to enter default judgment in favor of Plaintiff and against Defendant in the amount of $237,943.74 and thereafter close the case.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on May 23, 2013.

                                                    GREGORY A. PRESNELL
                                                 UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party